AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

ZBIGNIEW NAWROCKI

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 04-00272SOM-02

*RECEIVED 2007 AUG -7 PM 12: 54 U.S. MARSHALS SERVICE HONOLULU, HI.*

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII AUG 09 2007 at 3 o'clock and 70 min __ M. SUE BEITIA, CLERK*

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED TO ARREST ZBIGNIEW NAWROCKI and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | AUGUST 7, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT    By: Susan Oki Mollway, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI

| Date Received 8-7-07 | NAME AND TITLE OF ARRESTING OFFICER Russ Nakamoto DUSM | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| Date of Arrest 8-9-07 | | |