# MINUTES

CASE NUMBER:      CR 04-00272SOM

CASE NAME:        USA vs. (02) Zbigniew Nawrocki

ATTYS FOR PLA:    Tracy Hino
                  Mark Nugent (USPO)

ATTYS FOR DEFT:   02 Pamela Byrne

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:   Lisa Groulx

DATE:     8/13/2007                  TIME:       1:30 - 2:05

COURT ACTION: EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (02) Zbigniew Nawrocki present and in custody.

Defendant admits to violation nos. 1, 2 and 4.

Discussion held re: violation no. 3.

Defendant admits that he was supposed to comply with drug testing and did not.

Court finds that there is sufficient evidence to support the 4 violations and the defendant has not met the conditions of supervision.

Allocution by Defendant.

Discussion held re: issue of whether or not the defendant may self surrender if the Court imposes imprisonment.

Court continues this hearing to 8/23/07 @ 9:00 a.m. in order to allow the defendant to get his finances in order.

Court orders that the Defendant be released.

Upon his release, the defendant to immediately report to the USPO and to remain under his supervision.

Court informs the defendant that he must appear on 8/23/07 @ 9:00 a.m.


Submitted by: Toni Fujinaga, Courtroom Manager.